# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JESSICA GONZALEZ,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN
POLICE DEPARTMENT, et al.,

    Defendants.

2:09-CV-381 JCM (PAL)

# ORDER

Presently before the court is defendant Las Vegas Metropolitan Police Department's motion to strike plaintiff Jessica Gonzalez's sur-reply to a motion for summary judgment (Doc. #31).

Defendant filed a motion for summary judgment (Doc. #24), which was fully briefed by December 17, 2009. (Doc. #26 and 28). Plaintiff then filed a sur-reply to defendant's reply without leave from the court. (Doc. #29).

On January 15, 2010, this court heard oral arguments from both sides regarding the summary judgment motion. (Doc. #35) On January 27, 2010, this court addressed all summary judgment claims. The court granted in part and denied in part the motion for summary judgment. (Doc. #38).

Accordingly,

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Las Vegas
2  Metropolitan Police Department's motion to strike plaintiff Jessica Gonzalez's sur-reply (Doc. #31)
3  is DENIED as moot.
4  DATED July 16, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -