# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| JESSICA GONZALEZ, <br>                   Plaintiff, <br> vs. <br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, <br>                   Defendants. | Case No. 2:09-cv-00381-JCM-PAL <br> **ORDER** |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The Settlement Conference currently scheduled for Wednesday, March 14, 2012, at 1:30 at p.m., before the undersigned, is **VACATED** and **CONTINUED** to **Thursday, March 29, 2012,** at **1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due March 7, 2012, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., March 22, 2012.**

Dated this 15th day of December, 2011.

_____
Peggy A. Leen
United States Magistrate Judge