
UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JESSICA GONZALEZ,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendants.

2:09-CV-381 JCM (PAL)

**ORDER**

Presently before the court is the matter of *Gonzalez v. The Las Vegas Metropolitan Police Department*, case no. 2:09-cv-00381-JCM-PAL. Trial was scheduled to begin in this case on April 23, 2012. In anticipation of trial, the parties filed several motions in limine (docs. #73-76), and responses thereto.

The parties have recently stipulated to continue the trial date for nearly 6 months. The new trial is scheduled to begin on September 24, 2012.

In light of the parties' stipulation, and the court's use of in limine rulings to manage the course of trials, *see Luce v. United States*, 469 U.S. 38, 41 n.4 (1984), the court finds it appropriate to deny the present motions as moot at this time. The court will consider these motions and issue its ruling as the time for trial draws nearer and the court has a better view regarding the evidentiary and legal issues to be tried.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motions in limine filed

**James C. Mahan**
**U.S. District Judge**

in anticipation of trial (docs. #73-76) be, and the same hereby are, DENIED as moot.

IT IS FURTHER ORDERED that defendant's motion to strike (doc. #89) plaintiff's reply (doc. #89) in support of her motion in limine (doc. #76) be, and the same hereby is, DENIED as moot.

DATED April 11, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -