**Marquis Aurbach Coffing**
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA GONZALEZ, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision,<br><br>  Defendant. | Case No:   2:09-cv-00381-JCM (PAL) |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

  IT IS HEREBY STIPULATED by and between the above-named parties, Plaintiff Jessica Gonzalez, by and through her counsel of record, Charles C. Rainey, Esq. of Rainey Devine, and Defendant Las Vegas Metropolitan Police Department, by and through their counsel of record, Craig R. Anderson, Esq., of the law firm of Marquis Aurbach Coffing, that all parties are dismissed with prejudice in the above-referenced matter.

  IT IS SO STIPULATED this ____ day of October, 2012.

MARQUIS AURBACH COFFING                    RAINEY DEVINE

By:   /s/Craig R. Anderson                              By:   /s/Charles C. Rainey
  Craig R. Anderson, Esq.                                   Charles C. Rainey, Esq.
  Nevada Bar No. 6882                                        Nevada Bar No. 10723
  10001 Park Run Drive                                       8915 S. Pecos Rd., #20
  Las Vegas, NV 89145                                         Henderson, NV 89074
  Attorney for Defendant                                      Attorney for Plaintiff

M&A:05166-317 1823070_1 10/30/2012 11:05 AM

1  Each party shall bear their own costs and attorney fees.

2  **<u>ORDER</u>**

3  IT IS HEREBY ORDERED that the trial in this matter currently set for December 3,
4  2012, at the hour of 9:00 a.m., is hereby vacated;

5  IT IS FURTHER ORDERED that the calendar call in this matter currently set for
6  November 28, 2012, at the hour of 1:30 p.m., shall be vacated; and

7  IT IS FURTHER ORDERED that Case No. 2:09-cv-00381-JCM (PAL) is hereby
8  dismissed with prejudice.

9  IT IS SO ORDERED October 31, 2012.

_____
United States District Court Judge

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816